# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 9, 2007*

[Cite as *02/09/2007 Case Announcements,* 2007-Ohio-544.]

## MOTION AND PROCEDURAL RULINGS

**2007–0178.   Wilson v. AC&S, Inc.**
Butler App. No. CA2006–03–056, 2006-Ohio-6704. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On January 31, 2007, appellants filed a notice of appeal and memorandum in support of jurisdiction and listed William N. Riley and Christopher A. Moeller as co-counsel. Mr. Riley and Mr. Moeller are not admitted to practice law in Ohio and have not sought admission pro hac vice as required by S.Ct.Prac.R. I(1) and (2). Accordingly,

It is ordered by the court, sua sponte, that the names of William N. Riley and Christopher A. Moeller are stricken from this case.

It is further ordered that Mr. Riley and Mr. Moeller shall not be permitted to participate in this case.

**2007–0216.   State v. Ahmed.**
Belmont C.P. No. 99–CR–192. This cause is pending before the court as a death penalty post-conviction case. Upon consideration of appellant's motion for appointment of counsel,

It is ordered by the court that the motion is granted and that Michael J. Benza is appointed to represent Nawaz Ahmed in this appeal.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–0126.   Episcopal School of Cincinnati v. Levin.**
Board of Tax Appeals, No. 2004–R–230.

**2007–0173.   State ex rel. Holston v. Indus. Comm.**
Franklin App. No. 06AP–42, 2006-Ohio-6787.

**2007–0195.   Cummins Property Servs., LLC v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–R–591.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 12, 2007*

[Cite as *02/12/2007 Case Announcements,* 2007-Ohio-567.]

## MISCELLANEOUS DISMISSALS

**2007–0019.   State ex rel. Bozsik v. Slaby.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.